[No. 66252-0-I.   Division One.   December 19, 2011.]

DIANNE KLEM, *as Administrator, Respondent*, v. WASHINGTON
MUTUAL BANK, *Defendant*, QUALITY LOAN SERVICE
CORPORATION OF WASHINGTON
ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King
County, No. 08-2-13989-1, Barbara A. Mack, J., entered
March 5, 2010. *Affirmed in part, reversed in part*, and
*remanded with instructions* by unpublished opinion per
Spearman, J., concurred in by Appelwick and Schindler, JJ.

[No. 66325-9-I.   Division One.   December 19, 2011.]

SCOTT C. HOPPER, *Appellant*, v. SNOHOMISH COUNTY,
*Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 10-2-24746-7, Jim Rogers, J., entered November
12, 2010. *Affirmed* by unpublished opinion per Spearman,
J., concurred in by Becker and Appelwick, JJ.

[No. 66424-7-I.   Division One.   December 19, 2011.]

LARRY BRODERICK ET AL., *Appellants*, v. THE PORT OF SEATTLE,
*Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 09-2-24287-9, Joan E. DuBuque, J., entered
December 3, 2010. *Affirmed* by unpublished opinion per
Lau, J., concurred in by Cox and Spearman, JJ.

[No. 66922-2-I.   Division One.   December 19, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. M.G., *Appellant*.

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 10-8-01429-2, George F.B. Appel, J.,
entered March 29, 2011. *Dismissed* by unpublished per
curiam opinion.